**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Plaintiff,<br>v.<br><br> GURJANT SINGH,<br><br>    Defendant. | § § § § § § § § § § § § § | CIVIL NO.   4:24-cv-00816 |

## <u>ADVISORY</u>

The government advises the Court that Defendant Singth, after being advised of this Court action, voluntarily agreed to drink water and consume limited nutrition. The government was therefore not required to involuntarily administer intravenous fluids as authorized in the Court's Temporary Restraining Order.

Further, the setting of a Preliminary Injunction hearing in this case is no longer required.  The government will advise the Court (prior to the expiration of the TRO) if such a hearing is required or, more likely, it will file a voluntary dismissal of this action.

DATED: March 6, 2024

Respectfully Submitted,

*s/Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney
Southern District of Texas
Attorney in Charge
Texas Bar No. 24037378

Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
jimmy.rodriguez2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 6, 2024, a true and correct copy of the foregoing was filed with the United States District Clerk for the Southern District of Texas and electronically served on all counsel of record via the District's ECF system and will be served on the Defendant via ICE representatives.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney

2