**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § § | |
| | § | CIVIL NO.   4:24-cv-00816 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| GURJANT SINGH, | § | |
| | § | |
| Defendant. | § § | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

The government provides notice that, in light of changed circumstances, the above-caption action is voluntarily dismissed against the defendant pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

*s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Attorney in Charge
Assistant United States Attorney
Texas Bar No. 24037378
Federal ID No. 572175
LISA LUZ PARKER
Assistant United States Attorney
Texas Bar No. 24099248
Federal ID. No. 3495931

Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532
Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov
Lisa.luz.Parker@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on March 13, 2024, the foregoing was filed and provided to ICE representatives to serve on Defendant.

s/ *Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney